**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric R. BESTE, Defendant–Appellant.**

No. 04–1665.

United States Court of Appeals,
Seventh Circuit.

July 24, 2006.

Michelle L. Jacobs, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Robert E. Haney, Podell, Ugent & Haney, Milwaukee, WI, for Defendant–Appellant.

Before Hon. MICHAEL S. KANNE, Hon. ILANA DIAMOND ROVNER, and Hon. DIANE P. WOOD, Circuit Judges.

**ORDER**

Eric Beste was sentenced to 87 months' imprisonment for conspiracy to distribute and possession with intent to distribute 500 grams of cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B). On appeal, he argued that the district court erred by sentencing him under the mandatory sentencing guidelines, *see United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We ordered a limited remand under the terms set forth in *United States v. Paladino*, 401 F.3d 471 (7th Cir.2005), for a determination whether the district court would have imposed the same sentence had it understood that the guidelines were advisory.

The district judge has concluded that Beste should be resentenced in light of *Booker*. We invited the parties to file position statements concerning the proper disposition of the case, and neither party responded. In light of the district court's determination, **IT IS ORDERED** that Beste's sentence is **VACATED**, and the case is **REMANDED** to the district court for resentencing.